YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
JOHN J. MOMOT, LTD.
520 South Fourth St., St. 300
Las Vegas, NV 89101
(702) 385-7170
MOMOTLAWFIRM@GMAIL.COM
Attorney for Defendant
JEVONTAE CALDWELL

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:17-cr-00175-JCM-CWH-3 |
| vs. | ) | |
| JEVONTAE CALDWELL, | ) | **STIPULATION TO CONTINUE SENTENCING DATE (FIRST REQUEST)** |
| Defendants. | ) | |

COMES NOW, Defendant, JEVONTAE CALDWELL ("Mr. Caldwell"), by and through his attorney, YI LIN ZHENG, ESQ., of John J. Momot, Ltd., 520 S. Fourth St., Ste. 300, Las Vegas, NV 89101, and the United States being represented by and through the United States Attorney's Office.

Counsel contacted chambers and AUSA Christopher Burton requesting a continuance due to Counsels heavy calendar on October 18, 2017, which conflicts with Mr. Caldwell's Sentencing.

AUSA Christopher Burton has no objection to the request to continue sentencing for two (2) days, or to a time convenient to the courts calendar.

**IT IS HEREBY STIPULATED AND AGREED UPON,** by and between the parties hereto, that the SENTENCING date in the above referenced case may be continued from

LAW OFFICES OF
JOHN J. MOMOT, ESQ.
SUITE 300
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-7170

Wednesday, October 18, 2017, at 10:30 a.m. to Friday, October 20, 2017, at 10:30 a.m.

STIPULATION entered by:

_____/s/_____                          _____/s/_____
YI LIN ZHENG, ESQ.                                 STEVEN W. MYHRE
Nevada Bar No. 10811                               United States Attorney
JOHN J. MOMOT, LTD.                                CHRISTOPHER BURTON
520 So. Fourth St., Ste. 300                       Assistant United States Attorney
Las Vegas, Nevada 89101                            501 Las Vegas Blvd. So., Ste 1100
Attorney for Defendant                             Las Vegas, Nevada 89101

LAW OFFICES OF
JOHN J. MOMOT, ESQ.
SUITE 300
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-7170

LAW OFFICES OF
JOHN J. MOMOT, ESQ.
SUITE 300
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-7170

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:17-cr-00175-JCM-CWH-3 |
| vs. | ) | |
| | ) | **ORDER TO CONTINUE** |
| JEVONTAE CALDWELL, | ) | **SENTENCING DATE (FIRST** |
| | ) | **REQUEST)** |
| Defendants. | ) | |
| | ) | |

Upon Stipulation of the parties:

**IT IS HEREBY ORDERED** that the SENTENCING date in the above referenced case shall be continued from Wednesday, October 18, 2017, at 10:30 a.m. to Friday, October 20, 2017, at 10:30 a.m. Courtroom 6A.

DATED October 11, 2017.

_____

HONORABLE JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE